

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF N.I.T., | § | No. 08-23-00149-CV |
| A JUVENILE. | § | Appeal from the |
| | § | 327th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2200939) |

## <u>MEMORANDUM OPINION</u>

Appellant, N.I.T., is a juvenile represented by appointed counsel. Because appointed counsel had not filed a brief, we abated and remanded the cause to the trial court for a hearing to determine whether Appellant wished to continue the appeal or was entitled to new counsel.

On January 18, 2024, the trial court conducted the hearing as requested in our abatement order. Appellant, Appellant's parent, and Appellant's attorney attended the hearing where the trial court entered findings that both Appellant and her parent no longer desired to continue this appeal. Pursuant to the trial court's findings, this Court reinstated the appeal and directed Appellant's counsel to file a motion to dismiss in compliance with Texas Rule of Appellant Procedure 42.1 and Texas Family Code 51.09 with this Court on or before February 10, 2024. *See In re E. J. E.*,

557 S.W.3d 615, 617 (Tex. App.—El Paso 2017, opin. on motion) (requiring compliance with Family Code § 51.09 and Texas Rule of Appellate Procedure 42.1 in juvenile cases); *see also* TEX. FAM. CODE ANN. § 56.01(b) (providing that juvenile appeals are governed by the rules of civil cases); TEX. R. APP. P. 42.1 (governing the dismissal of civil appeals).

On February 15, 2024, Appellant's counsel filed a motion to dismiss the appeal. Although not in compliance with Texas Family Code 51.09, we accept the motion because the record reflects that Appellant, her parent, and her attorney expressed their desire to dismiss the appeal at the hearing before the trial court, after which Appellant's attorney filed a motion to dismiss. The motion to dismiss is granted. TEX. R. APP. P. 42.1(a)(1) (permitting an appellate court to dismiss an appeal on the motion of appellant).

JEFF ALLEY, Chief Justice

February 20, 2024

Before Alley, C.J., Palafox and Soto, JJ.

2